UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | Docket No. 5:12-cr-00316-NAM |
| STANLEY L. COHEN, | FILED UNDER SEAL |
| Defendant. | |

### EX PARTE MOTION TO WITHDRAW AS COUNSEL

NOW COME undersigned counsel, James P. McLoughlin, Jr., Alton L. Gwaltney, III and Frank E. Schall, and respectfully request that the Court approve their withdrawal from representation of the defendant Stanley L. Cohen in this matter. In support of the motion, counsel states:

1. Undersigned counsel have represented Mr. Cohen during the investigation of the charges that are the subject of the indictment in this case and proceedings to date. This prosecution is in the early stages with the vast majority of discovery and motion practice yet to be conducted.



*Paragraph 2 Redacted*

3. Given the early stage of this case, the undersigned do not believe that their resignation will leave Mr. Cohen without defense counsel or the time to effect an orderly transition.

1

4. The undersigned have discussed this motion with Mr. Cohen and he does not object to this motion and will seek additional time with respect to pending deadlines. Counsel will provide all appropriate files to new counsel; will cooperate fully in the transition; and will assist new counsel getting up to speed on the case.

5. Undersigned counsel has informed Messrs. Green and Duncan of the Office of the United States Attorney of this motion.

WHEREFORE, undersigned counsel respectfully request that this Court approve their withdrawal from representation of Mr. Cohen in this case.

October 25, 2012

Respectfully submitted,

James P. McLoughlin, Jr.
NY Bar No. 042650
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Phone: (704) 331-1054
Fax: (704) 378-2054
Email: jimmcloughlin@mvalaw.com

Alton L. Gwaltney, III
*Admitted Pro Hac Vice*
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Phone: (704) 331-1008
Fax: (704) 378-1908
Email: larrygwaltney@mvalaw.com

_____
Frank E. Schall
*Admitted Pro Hac Vice*
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Phone: (704) 331-1117
Fax: (704) 409-5689
Email:frankschall@mvalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2012, the foregoing document was served through first class mail, return receipt requested upon Stanley L. Cohen at the following address:

Stanley L. Cohen
119 Avenue D
New York, NY 10009

James P. McLoughlin, Jr.
NY Bar No. 042650
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Phone: (704) 331-1054
Fax: (704) 378-2054
Email: jimmcloughlin@mvalaw.com