# Stanley L. Cohen & Associates, LLC
## ATTORNEY AT LAW

119 AVENUE D
FIFTH FLOOR
NEW YORK, N.Y.  10009
(212) 979-7572
Fax: (212) 995-5574
stanleycohenlaw@verizon.net

Hon. Norman A. Mordue
United States District Judge
Federal Building and U.S. Courthouse
100 S. Clinton St.
Syracuse, NY 13261-7336

BY ECF

**RE: United States v. Stanley Cohen, 5:12-cr-00316 (NAM)**

22 May 2013

Dear Judge:

I did not see Your Honor's ECF posting until last night, as I was engaged all day.  I immediately reached out to Mr. William Dreyer, whom I understand contacted chambers early this morning.  Mr. Dreyer is one of three final attorneys with whom I have spoken regarding representing me in the matter before the Court; the other two attorneys are Donald Kinsella and Kimberley Zimmer.  I also understand that both Mr. Kinsella and Mr. Dreyer have previously communicated this fact to the Goverment on, I believe, several occasions last week and early this week.

It is my expectation that terms will be finalized by tomorrow as to the attorney or attorneys to represent me, and that the retainer accomplished either tomorrow or at the latest the next day.  I apologize for this lengthy process, and I assure the Court that I have pursued it in good faith.

Accordingly, I respectfully request that the Court grant additional time to this Friday for the retainer to be executed and the attorney(s) to file their respective Notices of Appearance.

Respectfully submitted,

_____
Stanley L. Cohen, Esq.


CC:  All parties by ECF auto-notification.
SLC/ps