# LAW OFFICES OF DONALD T. KINSELLA
90 STATE STREET
ALBANY, NY 12207

Tel: 518.312.4176
Fax: 518.312.4167
E-mail: dkinsella@khlaw.net

April 8, 2014

Hon. Norman A. Mordue
Senior United States District Judge
United States District Court for NDNY          VIA ECF
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, NY 13261-7336

Re:  <u>United States v. Stanley Cohen</u>, 5:12-cr-316

Dear Judge Mordue:

    Enclosed by email to your Courtroom Deputy Clerk is a medical report concerning an examination by Dr. Cho today. The Defendant has requested that I submit a request on his behalf to postpone the trial for 30 days.  Mr. Cohen believes that he is not able to assist in his defense at trial.

    Dr. Cho is the third specialist referred to in my letter concerning medical issues of April 4.  The report is in the form that it was presented to me by Mr. Cohen.

    We ask that the confidential medical information submitted be filed under seal, and are submitting it via email.

    Thank you for your consideration of this matter.

Respectfully submitted,

/S/

Donald T. Kinsella

cc: AUSAs Duncan and Green


I certify that this document and the medical report have been served on the attorneys for the Government via ECF and email.